FILED
CLERK, U.S. DISTRICT COURT
MAY 19 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION, | Case No. EDCV 14-00896 (SS) |
| Plaintiff, | |
| v. | **ORDER SUMMARILY REMANDING** |
| MELVIN ANTHONY JR., et al, | **IMPROPERLY-REMOVED ACTION** |
| Defendant. | |

The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

On May 5, 2014, Defendant Melvin Anthony Jr., having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice of Removal ("Notice") to this Court and also presented an application to proceed in forma pauperis. The Court has denied the latter application under separate cover because the action was not properly removed.

To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, this action could not have been originally filed in federal court because the complaint does not allege facts supporting either diversity or federal question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546, 563 (2005). Defendant's notice of removal appears to assert that removal is proper based upon federal question jurisdiction. (Notice at 2-6). However, a review of the Notice reveals that if any federal question exists, it exists only as an affirmative defense. (Id.). As such, the action cannot be removed to federal court. Merrell Dow Pharmaceuticals, Inc. v. Thompson, 478 U.S. 804, 808 (1986) ("[a] defense that raises a federal question is inadequate to confer federal jurisdiction.").

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of San Bernardino, Fontana Division, 17780 Arrow Blvd, Fontana, California 92335, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order to the state court; and (3) the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED

DATED: May 15, 2014

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE